United States District Court
Southern District of Texas
**ENTERED**
December 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN VALADEZ, | § |
| Plaintiff, | § § § |
| VS. | §   CIVIL ACTION NO. 4:24-CV-03645 |
| TIER 1 COMPLETIONS SOLUTIONS, INC., | § § § § |
| Defendant. | § |

## ORDER

In accordance with the Plaintiff's Notice of Dismissal filed October 12, 2024 (Doc. #8), Plaintiff's claims against Defendant are hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED.

DEC 1 0 2024
Date

The Honorable Alfred H. Bennett
United States District Judge